# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC I. EISEN, | ) | |
| | ) | Civil Action No. 13 - 1156 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| GERALD ROZUM, *Superintendent, State Correctional Institution at Somerset, Pennsylvania*, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) ) ) ) ) ) | ECF Nos. 5, 15-27 |
| Respondents. | ) | |

## ORDER

**AND NOW**, this 25th day of March, 2014, **IT IS HEREBY ORDERED** that the Motion and Supplemental Motions to Dismiss (ECF Nos. 5, 15-27) are **GRANTED**; that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED** for lack of jurisdiction; that a Certificate of Appealability is **DENIED**; that the Clerk of Court mark this case **CLOSED**; and that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

                                                    /s/ Lisa Pupo Lenihan
                                                    Lisa Pupo Lenihan
                                                    Chief United States Magistrate Judge

cc: Counsel of Record